IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CARMEN CORTES, | CASE NO. 5:11-cv-03645 EJD |
| Plaintiff(s), | **ORDER TO SHOW CAUSE** |
| v. | |
| COUNTY OF SANTA CLARA, | |
| Defendant(s). | |

On May 7, 2013, the court issued a Pretrial Order which required, *inter alia*, the following:

> IT IS HEREBY ORDERED that the parties shall meet and confer in order to reach an agreement on an ADR process within 10 days of the issuance of this order. Within that same timeframe, the parties shall either (1) file the form entitled "Stipulation and (Proposed) Order Selecting ADR Process" if an agreement is reached, or (2) file the form entitled "Notice of Need for ADR Phone Conference."

See Docket Item No. 20.

The deadline by which the parties were to file one of the documents designated by the court expired on May 17, 2013. To date, the parties have not complied as directed.

Accordingly, the court hereby issues an order to show cause why this action should not be dismissed for failure to prosecute. If Plaintiff does not, **by June 3, 2013**, either (1) demonstrate good cause in writing why this case should not be dismissed, or alternatively (2) cause to be filed one of the documents required by the Pretrial Order, the court will dismiss the action with prejudice pursuant to Federal Rule of Civil Procedure 41(b). No hearing will be held on the order to show cause unless otherwise ordered by the court.

**IT IS SO ORDERED.**

Dated: May 29, 2013

EDWARD J. DAVILA
United States District Judge